IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

Civil Minutes - General

Case No: 1:16-CV-25-SA-DAS                     Place Held: Judge Sanders' Chambers
                                                           (Telephonically)

Style: Canyon S. Boykin v City of Columbus, Mississippi

Date        May 4, 2016
Begin       10:00 a.m.
End         10:15 a.m.
Total Time  15 minutes

PRESENT:    David A. Sanders    United States Magistrate Judge

ATTORNEY PARTICIPATING                         ATTORNEY PARTICIPATING
FOR PLAINTIFF                                  FOR DEFENDANT

   Jeffery Reynolds                               Berk Huskison

PROCEEDINGS: Telephonic Case Management Conference

Docket Entry: Case Management Order to follow

                                    DAVID CREWS, CLERK

                                    By:    /s/ Jennifer L. Frantz
                                           Courtroom Deputy