**From:** Jeff Turnage [mailto:Jturnage@mitchellmcnutt.com]
**Sent:** Monday, July 18, 2016 4:05 PM
**To:** Rachel Pierce Waide <rpierce@waidelaw.com>
**Cc:** Berk Huskison <Bhuskison@mitchellmcnutt.com>; Travelers Insurance _ Boykin v City _002179_124235_ Email _002179_124235_ <{F224878}.Columbus@mm-imanmail.mitchellmcnutt.com> <{F224878}.Columbus@mm-imanmail.mitchellmcnutt.com>
**Subject:** Boykin matter [3871-Columbus.FID224878]

Dear Rachel:

I had a call from Jim Waide Friday about the prior claim wherein Jim alleged on behalf of Don Deloach:

    1.    that CPD Officer Canyon Boykin arrested Don Deloach because of his race (black); and

    2.    that Mr. Boykin failed to activate his recording device even after Deloach asked him to because of his race.

    I told Jim that the incidents were very significant to our defense, but that we might be able to ignore the issue with Jim being Mr. Deloach's lawyer. However, having consulted with the leadership at the City, I wanted you to know today that I cannot stipulate to the non-admissibility of the subject of Jim's participation in the Deloach claim against the City. Frankly, the fact that Jim has such a reputation for success is a factor in its decision to terminate Officer Boykin after he again failed to turn on the recorder the night of the Ball shooting. It might be possible that the Court would find Jim's involvement as Mr. Deloach's counsel is inadmissible. But, we cannot enter into any agreement that it will not be admitted. Rachel, I have always enjoyed our dealings with Waide and Associates and particularly you and Jim, and I hope our position in this case will not compromise our professional relationship.

    I would have sent this direct to Jim, but he said he was preparing for a capital murder trial, and he said he was going to have to consult with you on the issue, so I figured I'd send it direct to you.

    Feel free to forward it to him or whomever you need to.

    Regards,



EXHIBIT A

Jeffrey J. Turnage
Mitchell, McNutt & Sams, PA
215 5th Street North
P.O. Box 1366
Columbus, MS 39703-1366
662.328.2316 (switchboard)
662.245.5130 (direct)
662.364.0846 (cell)
662.328.8035 (fax)

---

NOTICE: This electronic mail transmission (including any referenced or attached materials) may be PRIVILEGED, WORK PRODUCT, PROPRIETARY and/or CONFIDENTIAL. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error you are PROHIBITED from disclosing, disseminating, reproducing, using or relying on it and its contents, and you are to immediately delete it from your system without copying it, and notify the sender by reply e-mail of the erroneous transmission. CIRCULAR 230 DISCLOSURE: To comply with Treasury Department regulations, we inform you that, unless otherwise expressly indicated, any tax advice contained in this communication including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i)avoiding penalties that may be imposed under the Internal Revenue Code or any other applicable tax law, or (ii) promoting, marketing or recommending to another party any transaction, arrangement, or other matter.