IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CANYON S. BOYKIN**                                                     **PLAINTIFFS**

**VS.**                      **CIVIL ACTION NO. 1:16-cv-00025-SA-DAS**

**CITY OF COLUMBUS, MISSISSIPPI**                             **DEFENDANT**

**UNOPPOSED MOTION FOR A TEMPORARY STAY**

COMES NOW the Plaintiff, Canyon S. Boykin ("Boykin", through counsel, and submits his Unopposed Motion for a Temporary Stay of this matter, and states unto the Court as follows:

1. On September 7, 2016, Officer Boykin learned he had been indicted for manslaughter by a secret grand jury. Officer Boykin was arraigned on this charge on September 9, 2016.

2. Officer Boykin's criminal defense counsel, the undersigned and Mr. Jeff Reynolds, intend to vigorously defend this charge, and intend to bring about speedy trial of the matter.

3. Counsel for the Defendant do not oppose a temporary stay of this civil proceeding to allow Officer Boykin and his counsel to devote their time to Officer Boykin's criminal defense. The Plaintiff requests, and the Defendant does not oppose, a stay of this matter that would last for six months or until the conclusion of Officer Boykin's criminal case, whichever occurs first.

4. A proposed Agreed Order is attached hereto as Exhibit 1, and will be electronically sent to the Court via email.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully requests the Court grant his Unopposed Motion for a Temporary Stay, and temporarily stay this matter for a period of six months or until the conclusion of his criminal case, whichever occurs first.

This the 9th day of September, 2016.

                              **Respectfully Submitted,**

                              **CANYON S. BOYKIN, Plaintiff**

By: */s/ Carson H. Thurman*_____
    Jeffery P. Reynolds, MSB No. 5305
    jeff@jprpa.com
    Carson H. Thurman, MSB No. 104781
    carson@jprpa.com
    Jeffery P. Reynolds, P.A.
    200 S. Lamar St., Ste. 1050-S
    P.O. Box 24597
    Jackson, MS 39225
    (601) 355-7773 (telephone)
    (601) 355-6364 (fax)

    Jim Waide, MSB No. 6857
    waide@waidelaw.com
    Ron L. Woodruff, MSB No. 100391
    rlw@waidelaw.com
    WAIDE & ASSOCIATES, P.A.
    332 North Spring Street
    Tupelo, MS 38804
    P.O. Box 1357
    Tupelo, MS 38802
    (662) 842-7324 (telephone)
    (662) 842-8056 (fax)

    ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

This will certify that undersigned counsel for Plaintiff has this day filed the above and forgoing Notice of Service with the Clerk of the Court, utilizing the federal court electronic case data filing system (CM/ECF), which sent notification of such filing to the following:

Jeffrey J. Turnage, Esq.
Berkley N. Huskison, Esq.
Mitchell, McNutt & Sams, P.A.
Attorneys at Law
Columbus, MS 39703
bhuskison@mitchellmcnutt.com
fhankins@mitchellmcnutt.com
jturnage@mitchellmcnutt.com
mbrauer@mitchellmcnutt.com

*Counsel for Defendant*

This the 9th day of September, 2016.

                                                    */s/ Carson H. Thurman*
                                                   Jeffery P. Reynolds, MSB No. 5305