IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION


CANYON S. BOYKIN                                                                    PLAINTIFF

V.                                                    CIVIL ACTION NO. 1:16-cv-25-SA-DAS

CITY OF COLUMBUS, MISSISSIPPI                                              DEFENDANT


ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised that this action has been settled, or is in the process of being

settled.   Therefore, it is not necessary that the action remain upon the calendar of the Court.

IT IS ORDERED that this action be dismissed without prejudice. The Court retains

complete jurisdiction to vacate this order and to reopen the action upon cause shown that

settlement has not been completed and further litigation is necessary.

This the 13th day of September, 2017.


                                                     /s/ Sharion Aycock
                                                    UNITED STATES DISTRICT JUDGE