# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | |
|---|---|
| **CANYON S. BOYKIN** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO. 1:16CV25-SA-DAS** |
| **CITY OF COLUMBUS, MISSISSIPPI** | **DEFENDANT** |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Upon motion of the parties, the Court is advised that the City of Columbus, Mississippi, and Plaintiff Canyon S. Boykin have compromised and settled this case and, for that reason, any and all claims by or on behalf of Canyon S. Boykin in this action against Defendant, City of Columbus, Mississippi, are hereby dismissed with prejudice with each party to bear their own attorneys' fees and costs.

SO ORDERED, this the 26th day of October, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

The Following Agree to Entry
of the Above and Foregoing Order:

s/Jim Waide
Attorney for Plaintiff

s/Berkley N. Huskison
Attorney for Defendant